<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 99-6367**

---

PEGGY TAYLOR FERGUSON,

                                        Petitioner - Appellant,

          versus

STATE OF SOUTH CAROLINA; CHARLIE CONDON, At-
torney General of the State of South Carolina,

                                        Respondents - Appellees.

---

**No. 99-6368**

---

PEGGY TAYLOR FERGUSON,

                                        Petitioner - Appellant,

          versus

MICHAEL  W.  MOORE,  Commissioner  of  SCDC;
CHARLIE CONDON, Attorney General of the State
of South Carolina; SOUTH CAROLINA DEPARTMENT
OF CORRECTIONS,

                                        Respondents - Appellees.

---

Appeals from the United States District Court for the District of
South Carolina, at Charleston.  Matthew J. Perry, Jr., Senior
District Judge. (CA-98-3495-2-10-AJ, CA-98-3497-2-10-AJ)

---

Submitted:  July 22, 1999                    Decided:  July 27, 1999
_____

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.
_____

Dismissed by unpublished per curiam opinion.
_____

Peggy Taylor Ferguson, Appellant Pro Se.
_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

     Peggy Taylor Ferguson seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Ferguson v. Moore, Nos. CA-98-3495-2-10-AJ; CA-98-3497-2-10-AJ (D.S.C. Feb. 22, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                      DISMISSED

2